In re:                           Case No. 22-40742-tnap
Terry Elton Hardway               Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-4            User: kmigl            Page 1 of 2
Date Rcvd: Jun 30, 2023        Form ID: pdf770        Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Terry Elton Hardway, 850 N. Meridian Road, Apt. 526, Youngstown, OH 44509-4027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 30 2023 21:06:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | myCUmortgage, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2023                 Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew W. Suhar | on behalf of Trustee Andrew W. Suhar asuhar@suharlaw.com oh36@ecfcbis.com;aws@trustesolutions.com;mstewart@suharlaw.com;AWS@trustesolutions.net;trustee@suharlaw.com |

| | |
|---|---|
| Andrew W. Suhar | asuhar@suharlaw.com<br>oh36@ecfcbis.com;aws@trustesolutions.com;mstewart@suharlaw.com;AWS@trustesolutions.net;trustee@suharlaw.com |
| Edward J. Boll, III | on behalf of Creditor myCUmortgage LLC NDOHBK@dinsmore.com, edward.boll@dinsmore.com |
| James R. Galehouse | on behalf of Debtor Terry Elton Hardway jamesg@amourgis.com bk_department@amourgis.com |

TOTAL: 4

IT IS SO ORDERED.

Dated: June 30, 2023



Tiiara N.A. Patton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-40742-TNAP |
| | ) | |
| TERRY ELTON HARDWAY | ) | JUDGE TIIARA N.A. PATTON |
| | ) | |
| | ) | CHAPTER 7 |
| Debtor(s) | ) | |
| | ) | **ORDER** |

This matter is before the Court upon the application of Suhar & Macejko, LLC ("Suhar") for approval of its first and final fee application for compensation in the amount of $1,589.50 in connection with the legal services rendered as attorneys for the Trustee in this proceeding.

Suhar requested approval for its fees in the amount of $1,589.50 for services rendered for December 27, 2022 through April 23, 2023.

All interested parties were properly served, and no party objected or otherwise appeared in opposition to the application.

The Court finds Suhar's first and final application for compensation well taken. Therefore it is

**ORDERED, ADJUDGED AND DECREED** that the application of Suhar & Macejko, LLC for approval of its final fees in the amount of $1,589.50 is hereby approved and shall be paid by the Chapter 7 Trustee as an administrative expense in the Debtor's Chapter 7 proceeding.

**IT IS SO ORDERED.**

###

Submitted by:

/s/ Andrew W. Suhar
ANDREW W. SUHAR, ESQ. Reg. No. 0058419
Chapter 7 Trustee
29 East Front Street, 2nd Floor
PO Box 1497
Youngstown, OH  44501
Telephone:  330-744-9007
Fax:  330-744-5857
Email:  asuhar@suharlaw.com

2

## INSTRUCTIONS TO THE CLERK

Please serve a copy of the foregoing *Order* upon the parties listed below:

ELECTRONICALLY TO:

Office of the United States Trustee at (Registered address)@usdoj.gov

Edward J. Boll, III on behalf of Creditor myCUmortgage, LLC
NDOHBK@dinsmore.com, edward.boll@dinsmore.com

James R. Galehouse on behalf of Debtor Terry Elton Hardway
jamesg@amourgis.com, bk_department@amourgis.com

VIA REGULAR U.S. MAIL TO:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirland, WA 98083-0788

JPMorgan Chase Bank, NA
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

PNC Bank NA
Bankruptcy Dept
PO Box 94982
Cleveland, OH 44101

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-9617

3