UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN DIVISION

| In the matter of: | |
|---|---|
| **HARDWAY, TERRY** | Case No. **22-40742-TNAP** |
| | Chapter 7 |
| Debtor(s). | Judge **TIIARA N. A. PATTON** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| TERRY HARDWAY EXCESS PROCEEDS    $8428.27 | | |

| | |
|---|---|
| Total Unclaimed / Small Dividends $25.00 or under | $0.00 |
| Total Unclaimed Dividends Over $25.00 | $0.00 |

Dated: 10/11/2023

/s/ ANDREW W. SUHAR
Andrew W. Suhar, Trustee
29 East Front Street 2nd Floor
PO Box 1497
Youngstown, OH 44501
Telephone : (330) 744-9007
Facsimile : (330) 744-5857