| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Terry | Elton | Hardway |

First Name / Middle Name / Last Name

Debtor 2 _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 22-40742

---

**Form 1340 (12/22)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

*ANY DEVIATIONS FROM THE STANDARDIZED APPLICATION AND EXHIBIT A MUST BE EXPLAINED HERE IN BOLD-FACED TYPE.

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | 693.00 |
|---|---|
| Claimant's Name: | myCUmortgage, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 3560 Pentagon Blvd.<br>Beavercreek, OH 45431<br>877-912-8006<br>bankruptcy@mycumortgage.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statement that apply*):

- [ ] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [✔] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [✔] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application
    **Claimant's Tax ID/Social Security Number and other required documentation are submitted separately with Exhibit A and will be docketed as a private event.**

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

## 4. Notice to United States Attorney

[✔] Applicant has sent a copy of this Application, Exhibit A, and all supporting documentation, to the United States Attorney, pursuant to 28 U.S.C. § 2042, by regular US Mail Service on May 6, 2024 at the following address:

Office of the United States Attorney
Northern District of Ohio
Carl B. Stokes United States Courthouse
801 West Superior Avenue, Suite 400
Cleveland, OH 44113

The United States Attorney is allowed 14 days from the date of service to file an objection to payment of these funds.

## 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5/6/24

/s/ Matthew I. McKelvey
Signature of Applicant

Matthew I. McKelvey
Printed Name of Applicant

Address:
255 East Fifth Street, Suite 1900

Telephone: 513-977-8200

Email: NDOHBK@dinsmore.com

## 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

## 6. Notarization

STATE OF Ohio

COUNTY OF Hamilton

This Application for Unclaimed Funds, dated 5/6/24 was subscribed and sworn to before me this 6th day of May, 20 24 by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public /s/ Maria L. Verceles-Luna

My commission expires 12-19-25

MARIA L. VERCELES-LUNA
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
12-19-2025
Recorded in
Hamilton County

## 6. Notarization

STATE OF

COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20 ___ by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public

My commission expires: