United States Bankruptcy Court
Northern District of Ohio

In re:                                              Case No. 22-40742-tnap
Terry Elton Hardway                            Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-4                         User: kmigl                             Page 1 of 2
Date Rcvd: Jul 15, 2024                 Form ID: pdf701                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#                Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Terry Elton Hardway, 850 N. Meridian Road, Apt. 526, Youngstown, OH 44509-4027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | myCUmortgage, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2024                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew W. Suhar | on behalf of Trustee Andrew W. Suhar asuhar@suharlaw.com<br>oh36@ecfcbis.com;aws@trustesolutions.com;mstewart@suharlaw.com;AWS@trustesolutions.net;trustee@suharlaw.com |
| Andrew W. Suhar | asuhar@suharlaw.com<br>oh36@ecfcbis.com;aws@trustesolutions.com;mstewart@suharlaw.com;AWS@trustesolutions.net;trustee@suharlaw.com |
| Edward J. Boll, III | on behalf of Creditor myCUmortgage LLC NDOHBK@dinsmore.com, edward.boll@dinsmore.com |

James R. Galehouse
       on behalf of Debtor Terry Elton Hardway jamesg@amourgis.com bk_department@amourgis.com

Matthew Ian McKelvey
       on behalf of Creditor myCUmortgage LLC NDOHBK@dinsmore.com, matt.mckelvey@dinsmore.com

TOTAL: 5

IT IS SO ORDERED.

Dated: July 12, 2024



Tiiara N.A. Patton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **In re:** | Chapter 7 |
| **Terry Elton Hardway,** | Case No. 22-40742 (TNAP) |
| **Debtor.** | Judge Tiiara N.A. Patton |

**ORDER DENYING APPLICATION
FOR PAYMENT OF UNCLAIMED FUNDS**

This matter came before the Court on July 10, 2024 (the "Hearing") on the Court's *Order Scheduling Hearing On Application For Payment of Unclaimed Funds* (ECF Docket No. 67) scheduling the Hearing on the *Application for Payment of Unclaimed Funds* (ECF Docket No. 65) and *Release of Unclaimed Funds Exhibit A* (ECF Docket No. 66) (collectively the "Application") because the petitioning claimant, myCUmortgage, LLC (the "Claimant"), had not provided sufficient evidence to substantiate that it is entitled to the unclaimed funds in the above-captioned case; unclaimed funds are held by a federal court for an individual or entity who is entitled to the money, but has failed to claim ownership of the funds; and, unclaimed funds may be claimed by an owner, successor or other claimant who proves a right to the funds; the Claimant's

counsel, Matthew McKelvey, Esq. ("Attorney McKelvey"), and Andrew W. Suhar, the chapter 7 trustee in the above-captioned case, appeared at the Hearing; at the Hearing, Attorney McKelvey did not provide the Court with any additional evidence establishing the Claimant is either the owner, successor, or another claimant entitled to the unclaimed funds; for the reasons stated on the record and after due deliberation and sufficient cause appearing; therefore,

**IT IS HEREBY ORDERED THAT:**

1. The *Application for Payment of Unclaimed Funds* (ECF Docket No. 65) is **DENIED.**

### # # #

2

22-40742-tnap    Doc 72    FILED 07/17/24    ENTERED 07/18/24 00:09:36    Page 4 of 4